# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **DOCKET NO. 3:06CR416** |
| **v.** | ) | |
| | ) | **ORDER** |
| **RANDAL SMITH** | | |

_____

GRANTING that witness fees be paid to Stevie A. Tillman and Deborah J. Tillman in the above titled case. On March 30, 2007, Mr. Tillman and Ms. Tillman attended the jury trial as a witness for the defendant.

**IT IS THEREFORE ORDERED** that the United States Marshal's office pay the witness fees to Mr. Stevie Tillman and Ms. Deborah J. Tillman.

The Clerk is directed to certify copies of this order to the United States Marshal's Service.

IT IS SO ORDERED.

Signed: April 3, 2007

Frank D. Whitney
United States District Judge